# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RONAN TELEPHONE COMPANY, | § | Civil Action No. 3:16-cv-00361-D |
| | § | MDL 2587 (3:14-MD-2587-D) |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VERIZON SELECT SERVICES, INC., MCI COMMUNICATIONS SERVICES, INC., and WORLDCOM TECHNOLOGIES, INC. | § | Case No. 3:16-cv-00361-D |
| | § | |
| Defendants. | § | |

## STIPULATION FOR TRANSFER AND
## DESIGNATION OF RECORD FOR MDL CASE REMAND

Pursuant to the Conditional Remand Order No. 48 in MDL 2587 (3:14-MD-2587-D), the Plaintiff Ronan Telephone Company ("Ronan") along with Defendants MCI Communications Services, WorldCom Technologies, and Verizon Select Services (collectively "Verizon") respectfully submit this "Stipulation and Designation of Record for MDL Case Remand" to remand this case back to original transferor Court: the U.S. District Court, District of Montana, Missoula Division, Case No. 9:16-cv-00006-DWM.

The parties request the following documents be transferred and made a part of the record remanded to the District of Montana:

| Docket No. | Date | Title |
|---|---|---|
| 1 | 01/13/2016 | COMPLAINT filed in Montana. (Attachments: # 1 Civil Cover Sheet) |
| 5 | 02/08/2016 | TRANSFER ORDER (MDL) from U.S. District Court, Northern District of Texas, requesting transfer of action |

  8 – *07/22/2016* ANSWER to Complaint
10 – *01/11/2017* ORDER GRANTING JOINT MOTION TO STAY REMAINING DEADLINES
11 – *06/01/2017* ORDER: SCHEDULING ORDER NO. 3
21 – *05/15/2018* MEMORANDUM OPINION AND ORDER on Summary Judgment
39 – *01/09/2019* STIPULATION AND STATUS REPORT.
41 – *01/10/2019* ORDER RE STIPULATION granting the Stay Requested by the parties
46 – *01/07/2021* JOINT STATUS REPORT - final pre-transfer status report
47 – *01/11/2021* ORDER granting the parties' request for remand
48 – *01/21/2021* CONDITIONAL REMAND ORDER

Respectfully submitted this 4th day of February, 2021.


                                          /s/ Ivan C. Evilsizer
                                        Ivan C. Evilsizer

                                        Evilsizer Law Office, PLLC
                                        384 Best Place Road
                                        Helena, Montana 59602
                                        (406) 431-5755
                                        i.c.evilsizer@gmail.com

                                        Attorney for Ronan Telephone Co.



                                        /s/ Henry Weissman
                                        Henry Weissman
                                          California Bar No. 132418

                                        **Munger, Tolles & Olson LLP**
                                        350 South Grand Avenue, Fiftieth Floor
                                        Los Angeles, CA 90071
                                        (213) 683-9150  Telephone
                                        (213) 687-3702  Facsimile
                                        Henry.Weissman@mto.com

                                        Attorney For MCI Communications
                                        Services, Inc., *Et Al.*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on counsel of record via ECF on February 4, 2021.

                                                          */s/ Ivan C. Evilsizer*
                                                          **Ivan C. Evilsizer**