IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONAN TELEPHONE COMPANY,<br><br>Plaintiff/<br>Counter-Defendant,<br><br>vs.<br><br>MCI COMMUNICATIONS SERVICES LLC and VERIZON SELECT SERVICES INC.,<br><br>Defendants/<br>Counter-Claimants. | CV 16–06–M–DWM<br><br>ORDER |

Defendants having moved unopposed to amend the caption in the case,

IT IS ORDERED that the motion (Doc. 26) is GRANTED. The caption in the case is modified as reflected above.

DATED this 31st day of January, 2022.

Donald W. Molloy, District Judge
United States District Court